**Appeal Dismissed and Memorandum Opinion filed May 17, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00239-CV

## IN THE INTEREST OF A.L.G, A MINOR CHILD

**On Appeal from the 507th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-52545**

## M E M O R A N D U M     O P I N I O N

This is an appeal from an order signed January 2, 2018. Appellant filed a letter on April 17, 2018, stating that after the order on appeal was signed, the underlying case was transferred from Harris County to Chambers County. Appellant filed a notice of appeal in the Harris County case and in the Chambers County case. The appeal from Chambers County was assigned to the First Court of Appeals on April 3, 2018. The appeal from Harris County was assigned to this court on April 5, 2018. As a result, the order on appeal in this court is the subject of an earlier-assigned appeal in the First Court of Appeals.

Due to the earlier-filed appeal pending in the First Court of Appeals, we

notified the parties on April 23, 2018, that we would dismiss this appeal on or after May 4, 2018, unless any party showed meritorious grounds for retention of the appeal. No response was filed.

Accordingly, the appeal is dismissed.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Busby.